**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000850
24-APR-2025
07:59 AM
Dkt. 176 ODSD**

NO. CAAP-24-0000850

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

K.K., Petitioner-Appellee, v.
J.K., Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDA-24-0000576)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) Self-represented Respondent-Appellant **J.K.** filed the notice of appeal on December 31, 2024.

(2) J.K. filed a motion for leave to proceed on appeal *in forma pauperis* on January 2, 2025.

(3) The court's February 24, 2025 order denied without prejudice JK's January 2, 2025 motion and stated that within 10 days, JK shall either (i) file a motion with the information required by Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 24 and HRAP Form 4, or (ii) pay the filing fees in the full amount. The order stated that "[f]ailure to file the motion for leave to proceed on appeal *in forma pauperis*, or to pay the filing fees, may result in the appeal being dismissed."

(4) J.K. filed another motion for leave to proceed on appeal *in forma pauperis* on February 26, 2025.

(5) The court's February 28, 2025 order denied J.K.'s February 26, 2025 motion and ordered that within 10 days, J.K. "shall pay the filing fees in the full amount to the Supreme Court Clerk's Office" and "[f]ailure to pay the filing fees may result in the appeal being dismissed."

(6) J.K. moved for reconsideration of our February 28, 2025 order on February 28, 2025.

(7) The court's March 5, 2025 order granted in part and denied in part J.K.'s motion for reconsideration, and ordered that within 14 days, J.K. "shall complete and file the current version of HRAP Form 4 (Rev. 08/04/20), which the court will construe as a renewed motion for leave to proceed on appeal *in forma pauperis*."

(8) J.K. has not complied with the March 5, 2025 order, the time for compliance has expired, and J.K. has not paid the appellate filing fee. As a result, the record on appeal has not been prepared.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed. See HRAP Rule 24(c) ("Failure of the unsuccessful movant [to proceed on appeal *in forma pauperis*] to pay the unpaid filing fees or to give security for costs shall not affect the validity of the appeal, but is ground for such action as the appellate court having jurisdiction over the appeal deems appropriate, and may include dismissal of the appeal.").

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, April 24, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

2